UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEATON JAMAAL GAVIN,

    Petitioner,

v.                                                       Case No. 1:25cv188-MCR-HTC

SHAY HATCHER,

    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated October 3, 2025, ECF No. 9, which recommends this case be dismissed *sua sponte* because Ground One is procedurally defaulted and the two other Grounds are nonsensical and fail to allege a basis for habeas relief. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

(2) The petition under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**